# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

MICHELE NICKELS,

                    Defendant.

Case No. 22-CR-270-JPS

**ORDER**

On December 27, 2022, the Government filed an Information charging Defendant with one count of violating 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). ECF No. 1. That same day, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to the single count charged in the Information, and indicating Defendant waived prosecution by indictment. ECF No. 2.

The parties appeared before Magistrate Judge Stephen C. Dries on February 8, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 5. Defendant entered a plea of guilty as to Count One of the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.*

On February 9, 2023, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 7. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 7, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 1st day of March, 2023.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge